IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RAVIRAJ MOHIL, et al., etc.,      )
                                  )
               Plaintiffs,        )
                                  )
     v.                           )   No.  07 C 1600
                                  )
JILL GLICK, et al., etc.,         )
                                  )
               Defendants.        )
```

<u>MEMORANDUM OPINION AND ORDER</u>

At the recent status hearing in this action, counsel for the parties reminded this Court of the earlier delivery to its chambers of three large Pendaflex-type file folders containing a host of documents for in camera inspection, to enable issuance of a ruling as to the disclosure or nondisclosure of their contents. This Court has hastened to review those materials, which comprise:

1. in the first large folder, a set of individual folders labeled "DuPage County Children's Center" (containing reports of investigations and photographs), unidentified handwritten notes (not in a separate folder), MPEEI Expert Opinion Reports, Hari Mohil Pediatrics, Hospital Photos, Olivia Mohil Pediatrics, Christina Mohil OB Gyn, Hari Mohil-Early Intervention (Autism), Diary, 05JA47-48, Motions, CASA and Investigation Transition/ Handoff Documents;

2. in the second large folder, a large

undifferentiated set of Bates-numbered documents 000001-000806; and

    3. in the third large jacket, miscellaneous litigation-related documents (not characterized in a separate folder) and separate folders labeled Summons, Mohil Children, Disclosure, Petitions, Notes and Probation.

This Court has determined that all of the described documents appear reasonably necessary for the determination of issues in this action, so that the records are ordered to be produced to the parties subject to the terms of the Agreed Protective Order entered by this Court on January 17, 2008. Counsel should make arrangements to pick up the Pendaflex-type file folders from this Court's chambers.

                                _____
                                Milton I. Shadur
                                Senior United States District Judge

Date: April 17, 2008